*15*

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORIGINAL

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 2 7 1998

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | Civil Action No. B-97-199 |
| | § | (636(c)) |
| SERGIO SIERRA | § | |

## AMENDED AGREED JUDGMENT

CAME ON before the Court the joint motion of plaintiff, UNITED STATES OF AMERICA ("USA"), and defendant, SERGIO SIERRA, for entry of an agreed judgment in the above-entitled action; and it appearing to the Court that the parties stipulate that the allegations in the Complaint are true, and said parties consent to the entry of judgment as set forth below, it is

ORDERED, ADJUDGED and DECREED that USA have judgment against defendant SERGIO SIERRA in the principal amount of $5,957.67, plus interest in the amount of $7,617.30 as of January 9, 1998, and interest thereafter on the principal at 12.000 per annum to date of judgment, plus 5.407% on the entire amount from the date of judgment, computed daily and compounded annually until paid in full, plus attorney's fees in the amount of $1,290.00. Said judgment amount is to be paid to Plaintiff USA by defendant as follows:

1) By monthly payment of $1,293.91 for 36 months beginning July 15, 1998 and continuing until June 15, 2001;

2) The monthly payment of $1,293.91 includes the debt owed in both case No. B-97-199 and Case No. B-97-197. Thus, after making the 36 monthly payments of $1,293.91, Defendant will have paid the debt in both cases, unless he defaults and additional fees, expenses and interest accrue;

wp60\wpdocs\judgment\doj\Sierra.2A
July 29, 1998
page 1

3) The total debt owed in both cases is $47,843.04, which was reduced to $42,843.04 by a $5,000.00 payment on June 9, 1998.

The payments are to be made payable to the U.S. DEPARTMENT OF JUSTICE and mailed timely to the U.S. Department of Justice, Central Intake Facility, P. O. Box 198558, Atlanta, GA 30384. Should defendant default in any of said payments, execution may issue immediately, and other collection action as allowed by law may occur. It is further

ORDERED that all pending motions are declared moot.

DONE at Brownsville, Texas on this the 27th day of August, 1998.

UNITED STATES MAGISTRATE JUDGE

APPROVED AND ENTRY REQUESTED:

By: _____
M. H. Cersonsky, TBA# 04093500
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. (713) 840-1492 Fax (713) 840-0038
Attorney for Plaintiff

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

By: _____
Sergio Sierra, TBA#13745470
1325 Palm Blvd., Suite B
Brownsville, Texas 78520
Tel. (956) 544-4717/Fax 544-4761
Pro Se Defendant

wp60\wpdocs\judgment\def\Sierra.2A
August 11, 1998
page 2